**Derek SYLVESTER, Petitioner–Appellant,**

v.

**Scott P. RAWERS, Warden, Avenal State Prison; Attorney General of the State of California, Respondents–Appellees.**

No. 08–15781.

United States Court of Appeals, Ninth Circuit.

Submitted Oct. 19, 2010.*

Filed Oct. 27, 2010.

Ann Catherine McClintock, Esquire, Assistant Federal Public Defender, Federal Public Defender's Office, Sacramento, CA, for Petitioner–Appellant.

Brian R. Means, Deputy Attorney General, United States Department of Justice, Justain Riley, Office of the California Attorney General, Sacramento, CA, for Respondents–Appellees.

Before: O'SCANNLAIN, TALLMAN, and BEA, Circuit Judges.

MEMORANDUM **

California state prisoner Derek Sylvester appeals from the district court's judgment denying his 28 U.S.C. § 2254 petition. We have jurisdiction under 28 U.S.C. § 2253, and we affirm.

Sylvester contends the district court abused its discretion in declining to hold an evidentiary hearing on his claim. After de novo review, we conclude that the district court did not abuse its discretion because the record reveals Sylvester was not diligent in developing the evidence in his state court proceedings. *See* 28 U.S.C. § 2254(e)(2); *Baja v. Ducharme*, 187 F.3d 1075, 1079 (9th Cir.1999).

Sylvester argues that the State has breached his plea agreement by capping his custody credit eligibility at 15%. The state court's rejection of this claim was neither contrary to, nor an unreasonable application of, *Santobello v. New York*, 404 U.S. 257, 261–62, 92 S.Ct. 495, 30 L.Ed.2d 427 (1971), nor based on an unreasonable

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

determination of the facts based on the evidence presented. *See* 28 U.S.C. § 2254(d).

**AFFIRMED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.